UNITED STATES DISTRICT COURT

FOR

WESTERN DISTRICT OF MICHIGAN

**FILED - GR**

November 10, 2025 3:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: _JV_ / _11-11_

**1:25-cv-1405**
Jane M. Beckering
U.S. District Judge

ROOSEVELT LASHAWN WILLIAMS, (GRANTOR)
Roosevelt-Lashawn of the Williams Family (Trustee)
    Plaintiff(s)


v.

                       HONORABLE JUDGE:

                       CASE NO.:


U.S. SECRETARY OF STATE
    DEFENDANT(S)

_____/


### *PETITION FOR COMPLIANCE*


This Petition/Motion to compel compliance is being filed pursuant to TITLE 28 U.S.C 2072 and Fed. R. Civ. Proc. 37.


On the Sixth Day of August, in the Year of Our LORD, Two Thousand Twenty-Five, pursuant to *1 CFR 425.4 and TITLE 8 U.S.C 1481,* two copies of *DECLARATION/AFFIDAVIT OF CORRECTION OF STATUS OF NATIONALITY* was indeed received and filed with the UNITED STATES SECRETARY OF

STATE. (See Per Se Notum Attachment Correspondence to the UNITED STATES SECRETARY OF STATE page 2 of 2 Proof of Service/Proof of Receipt)

Pursuant to *CFR 425.4(d)* a notification of whether or not the requested corrections were made, was supposed to have been sent within (30) days.

Pursuant to *CFR 425.4(f)(1)* a determination letter within (30) days notifying the requester of any deficiencies found (i.e. improper venue, request not conforming to requirements, etc....) is supposed to be given to the requester.

As the above-mentioned CFR's clearly indicates a ministerial duty to respond to the requester making *Fed. R. Civ. Proc. 8(b)(6)* applicable. As the U.S. SECRETARY OF STATE  has not responded in the (30) with any notice(s) of deficiencies or denial of requested correction, said averment(s), statement(s), and/or allegation submitted in the DECLARATION/AFFIDAVIT requesting correction of NATIONALITY are considered true and correct, that said DECLARATION/AFFIDAVIT has been filed in the appropriate venue and any claims of denial is barred via the doctrine of estoppel.

The above-named PLAINTIFF(S)/PETITIONER(S), pursuant to the above cited Federal Rule of Civil Procedure and Federal Statue, hereby request this HONORABLE COURT to issue an ORDER of COMPLIANCE directing the U.S SECRETARY OF STATE to adhere to the cited Federal Statues as presented in said attached Correspondence to the U.S. SECRETARY OF STATE. (i.e. documentation (i.e. Non-Citizen National Passport/Certificate) of correction of Nationality) to be sent to the above-named PLAINTIFF(S)/PETITONER(S) along with returning the extra copy sent, stamped for the above-name PLAINTIFF(S)/PETITIONER(S) record.

November 10,2025

Without Prejudice All Rights Reserved

ROOSEVELT LASHAW WILLIAMS (GRANTOR)
554 BOYNTON AVE
BENTON HARBOR MI 49022