**1**

Per Se

Notum

*Roosevelt-Lashawn of the Williams Family*
*c/o 554 Boynton Avenue*
*County of Berrien*
*Benton Harbor, Republic of Michigan [NO FED CODE]*

**UNITED STATES SECRETARY OF STATE**
**2201 C STREET NORTHWEST**
**WASHINGTON, D.C. 20520**

*Re: STATUS CORRECTION*

*Dear Filing Clerk/Secretary/Person-in-Charge:*

This said communique, pursuant to *1 CFR 425.4 "CORRECTION OF RECORD" and TITLE 8 U.S.C. § 1481 "IMMIGRATION AND NATIONALITY ACT 1952"* is to make an Official Public Record of Correction of Identity/Nationality via the hereto attached *DECLARATION/AFFIDAVIT.*

Pursuant to 44 U.S.C. §§ 1505; and 1507 this said DECLARATION/AFFIDAVIT is to be placed/published as constructive notice of presumption validity and/or judicial notice in the via publication of the Federal Registry

Pursuant to Fed. R. Civ. Proc. 5(d)(2); SUPREME COURT RULE 29; and 33 CFR 148.246, this said DECLARATION/AFFIDAVIT are/has/will be/is filed upon receivership of this Office.

Purusant to 28 U.S.C 1915 for reason of hardship and indigent the only source of income is that of disability and paying any, if required filing fees would cause a hardship and denial of filing based on the inability to pay would cause a Amendment I of the U.S. CONSTITUTION violation of denial of acces to the courts, hereby request that any requested filing fees be waived.

I/We are, pursuant to 44 U.S.C. § 1503, are requesting documentation(s), to include but not limited to returning the enclosed copy of said DECLARATION/AFFIDAVIT, within (14) Days, stamped with the notation of time and date received, inspected, and filed, acknowledging and/or reflecting said change/correction of Roosevelt-Lashawn of the Williams Family Nationality of that of a [(Private American National Citizen)]/Non-Citizen National.

NOTICE: FAILURE/REFUSAL TO ADHERE TO SAID REQUEST SHALL CONSTITUTE AS, TO INCLUDE BUT NOT LIMITED TO, WILLFUL AND INTENTIONAL VIOLATION OF TITLE 18 U.S.C §§ 207(a); 241; 242 and AMENDMENT I OF *united States of America Constitution*

1 of 2

*NOTICE TO THE PRINCIPLE*
*IS NOTICE TO THE AGENT*
*NOTICE TO THE AGENT*
*IS NOTICE TO THE PRINCIPLE*

*A copy of this filed Notice/Declaration/Affidavit shall be place in all NATIONAL FEDERAL AND STATE LIEN DATABASE SYSTEM As a requirement of Law as being DUE AND SUFFICENT NOTICE BEING GIVEN.*

PROOF OF FILING/SERVICE ATACHED HERE

P.O.S.I. NO.: 9589 0710 5270 0066 8417 36

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES SECRETARY
OF STATE
2201 C. STREET NORTHWEST
WASINGTON D.C. 20520

9590 9402 9093 4122 2288 93

2. Article Number (Transfer from service label)
9589 0710 5270 0066 8417 36

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

AUG 0 6 2025

DoS Official Mail Center.

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail E
☑ Registered Ma
☐ Registered Ma Delivery
☑ Signature Confirm
☑ Signature Confirma Restricted Delivery

Domestic Return Receipt

2 of 2