UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

        Plaintiff,                            Case No. 1:25–cv–01405–JMB–SJB

        v.                                 Hon. Jane M. Beckering

SECRETARY OF STATE,

        Defendant.

_____/

## NOTICE OF RECEIPT OF CASE

        NOTICE is hereby given that this case has been received, and filed in this court on November 10, 2025.   It has been assigned the case number and judge set forth above.

                                      CLERK OF COURT

Dated:  November 12, 2025        By:  _/s/ N. Garrison_____
                                         Deputy Clerk