**FILED - GR**
December 12, 2025 11:39 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW /12-12

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF MICHIGAN

ROOSEVELT LASHAWN WILLIAMS (GRANTOR
   PLAINTIF
Roosevelt-Lashawn of the Williams Family (Trustee)
   Third-Party Plaintiff

v.

                            HONORABLE: JANE M. BECKERING
                            CASE NO. 1:25-cv-1405

U.S. SECRETARY OF STATE
   DEFENDANT(S)
_____/

### OBJECTION TO REPORT AND RECOMMENDATION

I)   **INTRODUCTION**

This Objection to MAGISTRATE JUDGE SALLY J BERENS "REPORT AND RECOMMENDATION" addresses and objects to the improper and sanctionable use of the term "sovereign citizen" in pleadings and judicial commentary. As established by controlling case law, professional conduct rules, and constitutional guarantees of due process and impartiality, the use of this term to mischaracterize litigants is not only legally irrelevant-it is defamatory, prejudicial, a slur, and sanctionable under Rule 11 of the Federal Rules of Civil Procedure, 28 U.S.C § 1927, and fundamental due process principles.

### II)  DISCUSSION

**Use of this term to discredit a party:**

- Fails the requirement of factual substantiation under Rule 11(b)(3);
- Serves no legitimate legal function, violating Rule 11(b)(1);
- Multiplies proceedings unreasonably and vexatiously in violation of 28 U.S.C § 1927;
- Constitutes defamation per se under state law and actionable misconduct under 42 U.S.C § 1983 and 18 U.S.C §§ 241; and 242 when done under color of law.

It is, in effect, a **judicial slur**-one that carries **inflammatory, false, and ideologically charged meaning**, creating civil and criminal contempt of court and serves only to bias and undermine the legitimacy of a litigant's claim(s).

### III)  THE TERM "SOVEREIGN CITIZEN" IS LEGALLY MEANINGLESS AND FACTUALLY IRRELEVANT

Courts across jurisdictions have explicitly rejected the blanket use of the term "**sovereign citizen**" as a rhetorical shortcut to avoid engaging with the merits of a party's claim(s). When used, it functions as a prejudicial slur, not a legal classification.

"While Plaintiff may espouse views that at are commonly attributed to the "sovereign citizen" movement(s), courts must not dismiss such claims outright without addressing the substance." **Griffin v. U.S. Bank, No. 5:15-cv-00112, 2015 WL 1470126, at (N.D. Cal. Mar. 31, 2015).**

Here in this matter the substance is the Plaintiff's clear use of Federal Code of Regulation(s) (CFR); Federal Statue(s); Constitutional Rights; and Governing Law(s) that allow(s) for an individual to lawfully and legally correct/change ones nationality to which was and continuously ignored, overlooked, and/or treated as if non-existing all in order to deny the legitimacy of the request and to hinder/deny due process of law due to personal/bias reason(s), none of which is supported by factual law.

"Use of the term "sovereign citizen" to discredit a litigant's argument does not relieve the c court of the duty to evaluate the claim(s) on their merits." **United States v. Phillips, 326 F. App 400, 403 (7th Cir. 2009)**

"Courts must address claims based on their substance and merit and not dismiss or ridicule claims due to perceived associations or labels." **United States v. Davis, 793 F.3d 712, 720 (7th Cir. 2015)**

"Dismissing claims based on perceived affiliation(s) or beliefs rather than legal merit violates the right to be heard." **Burnett v. Grattan, 468 U.S. 42, 55 (1984)**

In this matter, the Plaintiff has clearly used supporting legal law(s) that states the U.S SECRETARY OF STATE'S **MINISTERIAL DUTIES** along with the authoritating Federal Statue(s) that allows a individual to correct/change ones nationality to which nowhere in said petition or attachment is the word sovereign, sovereign citizen, and/or sovereignty are ever mentioned.

### IV) *THE LABEL "SOVEREIGN CITZEN" IS A WEAPONIZED SLUR AND CONSTITUTES DEFAMATION PER SE IN LEGAL CONTENTS*

Calling someone a "sovereign citizen" in any legal pleading, oral agreement, or judicial order-without sworn factual foundation or self-identification by the party-is not harmless. There is no legal doctrine that authorizes anyone-judge, prosecutor, or counsel-to label a party as a "sovereign citizen" in the absence of judicial findings or sworn declaration(s).

**Doing So**:

- Violates court rules;
- Disrespect the Constitution; and
- Invites swift sanction under Rule 11 and § 1927

To inject the label "sovereign citizen" into a legal record without evidentiary basis is not argument-it is character assassination, it is corrupt manipulation of judicial process with the malicious intent to ridicule, discredit, and silence. It's unethical and sanctionable.

### V) *USING THE TERM "SOVEREIGN CITIZEN" VIOLATES DUE PROCESS AND SHOWS JUDICIAL BIAS*

Labeling someone a "sovereign citizen" in court-without facts or their own words to support it- is not harmless. It is a serious violation of the Constitution. It creates a biased unfair

atmosphere and destroys the basic right to be treated fairly and impartially in court. Even if a judge thinks they are being neutral, using the term shows bias and prejudicial. It sends the message that the court has already judged the matter based on invidious discrimination and profiling and not on the law instead of the evidence at hand.

The U.S. SUPREME COURT, to which all lower courts via the stare decisis doctrine are thereto bound, and other federal courts have said:

- "Although courts may disagree with litigants who espouse nontraditional legal arguments, the use of pejorative or political labels does not substitute for legal analysis." *Caperton v. A.T. Massey Coal Co., 556 U.S. 868, 876 (2009)*

- "Courts must avoid using the term 'sovereign citizen' as a basis for summary dismissal, as it may lead to prejudice and violates the fundamental right(s) to be heard." *United States v. Benabe, 654 F.3d 752, 767 (7th Cir. 2011)*

- "The 'sovereign citizen' label is not a substitute for legal rebuttal and **MUST NOT** be used to avoid addressing legitimate legal questions." *El v. Americredit Financial Services, No 2:09-cv-00301, 2009 WL 1795830 at \*3 (E.D. Pa. June 23, 2009)*

- "Federal Courts **MUST** avoid ad hominem characterizations. A litigant's claim must be judged by substance, NOT by stigmatizing the speaker." *UJS v. Singleton, 759 F.3d 381,384 (5th Cir. 2014)*
- "Labels like 'sovereign citizen' cannot be used as a basis to deny procedural rights or prejudge the merits of a party's claim(s)." *Smith v. VS, 592 F.App 713,715 (9th Cir. 2012)*

- "The courts must avoid inflammatory or prejudicial characterizations of parties or their arguments that are not relevant to legal analysis or factual determination." *United States v. MacEwan, 445 F.3d 237, 251 (3d Cir. 2006)*

VI)    *PERJURY, 18 U.S.C 1001; 1621;1623, 18 U.S.C 241;242, CIVIL AND CRIMINAL CONTEMPT OF THE UNITED STATES SUPREME COURT*

Perjury is the crime of intentionally lying under oath or making a false statement under penalty of perjury in an official proceeding. To be considered perjury, the lie must be:

Knowing and voluntary: The person must know they are making a false statement.

Material: The lie must be relevant to the case, even if it doesn't ultimately affect the outcome.

Under oath: The statement must be made in a context where a legal oath is administered, such as in a court, a deposition, or on a sworn affidavit.

18 U.S.C. § 1001 is a federal law that prohibits knowingly and willfully making false statements, concealing material facts, or submitting fraudulent documents in any matter within the jurisdiction of the U.S. government's executive, legislative, or judicial branches. This crime does not have to be under oath and can include verbal or written statements, or even a material omission.

What the law prohibits

Falsifying, concealing, or covering up a material fact: This can involve any "trick, scheme, or device" to hide important information.

Making a false statement or representation: This includes any materially false, fictitious, or fraudulent statement, whether spoken or written.

Making or using a false document: This applies to any written or documented material that you know contains false, fictitious, or fraudulent information.

Key elements of the crime

Knowingly and willfully: The action must be done with intent.

Material fact: The statement or omission must be important or relevant to the government's matter, not a trivial error.

Within the jurisdiction of the U.S. government: The false statement must relate to a matter that falls under the authority of a federal agency, court, or congressional body.

§ 1001(a) states:

1. "Except as otherwise provided in this section,"

2. "whoever"

3. "in any matter within the jurisdiction of the executive,

4. legislative, or judicial branch of the Government of the

5. United States,"

6. "knowingly and willfully—"

7. "falsifies, conceals, or covers up by any trick, scheme, or device a material fact;"

8. "makes any materially false, fictitious, or fraudulent statement or representation; or"

9. "makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;"

10. "shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both. If the matter relates to an offense under chapter 109A [sexual abuse], 109B [sex offender registration], 110 [sexual exploitation], or 117 [transportation for illicit sexual purposes], or section 1591 [sex trafficking], then the term of imprisonment imposed under this section shall be not more than 8 years."10

18 U.S. Code § 241 – Conspiracy against rights

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

18 U.S. Code § 242 – Deprivation of rights under color of law.

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

The Supreme Court has ruled that false statements made in court or in matters before the government are illegal, and that a false statement under a federal statute must be verifiably false, not merely misleading. For public officials, defamation cases require proof of "actual malice" (knowledge of falsity or reckless disregard for the truth) under the First Amendment. In the case of Thompson v. United States, 604 U.S. _(2025) the Court clarified that for some federal statutes, a misleading but true statement is not the same as a "false" one, and a false statement under oath in a court proceeding is called perjury.

False statements and legal proceedings

Perjury: Lying under oath during a court proceeding is a criminal offense. This is a specific type of false statement and requires formal legal settings and a material matter.

18 U.S.C. § 1001: This statute prohibits false statements in matters within the jurisdiction of the federal government.

Important distinctions

False vs. misleading: It is crucial to distinguish between statements that are "false" and those that are "misleading." While Thompson v. United States limited the definition of "false," the principle of fraud upon the court is based on the existence of false statements.

Thompson v. United States: This 2025 case held that a federal statute prohibiting "false" statements only applies to statements that are genuinely false, not those that are merely misleading, notes Baker Botts. While this case limited the scope of certain statutes, it did not change the general principle that outright lies can be fraudulent.

Thompson v. United States (2025): The Court held that to be illegal, a statement under certain statutes (specifically 18 U.S.C. § 1014) must be "false" and not simply "misleading"

The US Supreme Court has recognized that lying in a statement can be fraud upon the courts

Cases like United States v. Wood, 39 U.S 430 (1840) and Durland v. United States (1896) established that intentionally providing false information to a court, such as a false invoice to defraud the government or a scheme to get money by false pretenses, is a crime and a type of fraud upon the court. More recently, **Kousisis v. United States, 605 U.S. _ (2025)** affirmed that a conviction for federal fraud can be secured even if the victim doesn't suffer a net economic loss if the misrepresentations were used,

particularly in cases involving material misrepresentations to induce a victim to turn over property or money. Cases like Kousisis v. United States confirm that a defendant can be guilty of federal fraud if they use material misrepresentations in this way, even if they did not intend to cause a net economic loss.

Key rulings

Kousisis v. United States: The Supreme Court expanded the scope of federal fraud prosecutions by upholding convictions where a defendant used material misrepresentations to "trick a victim into a contract that requires handing over her money or property," according to Farella Braun + Martel LLP. This case clarified the "fraudulent inducement" theory of wire and mail fraud, as explained by Perkins Coie.

U.S. MAGISTRATE JUDGE SALLY J. BERENS of Case No. 1:25-cv-1405, states in her "REPORT AND RECOMMENDATION" as follows;

    i.    "Although Plaintiff does not say so directly.......that he subscribes to some form of the 'sovereign citizen' movement;

ii.   That Plaintiff referring to himself via terminology as a "Grantor," as well as a trustee are some of the "sovereign citizen's" hallmarks;

iii.  That usage of the words "Without Prejudice All Rights Reserved," before a signature is a well-known sovereign citizen practice and has no legal effect under federal law;

iv.   That the caveat, "NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT [;] NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE" is the product of sovereign citizen thinking;

v.    That in sum, because Plaintiff's actions is premised on sovereign citizen ideology and lacks an arguable basis in fact or law.........; and

vi.   That document(s) filed with this Court are pertaining to Renouncing his United States citizenship and/or declaring his personal sovereignty, are legally frivolous.

Addressing the first indicator of Perjury, judicial slur, and demonstration of bias. The Plaintiff has not, as stated by MAGISTRATE JUDGE SALLY J. BERENS, directly [n]or indirectly referred to any indication of identifying as being part of a "sovereign citizen" movement, subscribed to or otherwise in the submitted document(s) before this Court, said reference is falsely implied by MAGISTRATE JUDGE SALLYJ. BERENS based on unsupported reason(s) of misuse by other(s) and not the facts stated in presented document(s);

Attached hereto are INTERNAL REVENUE SERVICE document(s) evidencing a legal formation of said TRUST establishing the GRANTOR as ROOSEVELT L WILLIAMS and the TRUSTEE being Roosevelt-Lashawn of the Williams Family. (See Attachment (A) IRS DOCUMENTATION OF SAID TRUST RELATIONSHIP) eliminated the claim of said action(s) pertaining to said "sovereign citizen" movement but to that of a legal and lawful formation of a legal TRUST pertaining to the conducting of business and not NATIONALITY;

Attached Hereto is lawful and legal document(s) evidencing the legal and lawful registration of said entity ROOSEVELT LASHAWN WILLIAMS as a fictitious d/b/a and Roosevelt-Lashawn of the Williams Family as the owner. (See Attachment (B) "FICTIOUS NAME CERTIFICATE")

To which said attached document(s) are Documentation of legal and lawful established business transaction(s) governed by Federal Statue(s), Law(s) such as the Uniform Commercial Code (U.C.C), and constitutionally secured right(s) to which none of pertains to

NATIONALITY/"Sovereignty" to which equating said acts to those of action(s) of NATIONALITY is completely false.

"Without prejudice" is a legal designation that makes communications inadmissible in court as evidence against the sender. It allows parties to negotiate or settle a dispute freely without their statements being used against them if settlement talks fail.

UCC Section 1-308 allows a party to a contract to perform or accept performance while explicitly reserving their rights, preventing an unintentional waiver of those rights. By using phrases like "without prejudice" or "under protest" next to their signature, a party can indicate that their compliance with a contract does not mean they agree to its terms or waive their right to later contest the agreement. This section provides a way to safeguard one's legal position, especially in situations where there is a dispute or uncertainty about the contract's terms, though it does not apply to an accord and satisfaction.

According to MAGISTRATE JUDGE SALLY J. BERENS, when a COURT dismiss a legal proceeding "Without Prejudice" or a business or individual provide legal notice of "Reserved Right(s)" not to enter into any legal or binding obligation(s) or to whom they will or want provide service to or the right(s) to change the details, that the COURTS and legitimate businesses are subscribing to or participating in "some form of 'sovereign citizen movement' and not the intended meaning of the word(s) and word(s) usage as defined by legal definition of the law and has no legal effect under Federal Law which says what about the cases that on a STATE and FEDERAL level that has been dismissed/handled "Without Prejudice," that there's no legal effect to those case according to MAGISTRATE JUDGE SALLY J. BERENS application and interpretation to which is completely false.

MAGISTRATE JUDGE SALLY J. BERENS falsely states that the application and/or usage of the word(s) "NOTICE TO THE PRINCIPLE IS NOTICE TO THE AGENT AND NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPLE" as that as "Sovereign Citizen's" ideology to which means that the following cited case ruling(s) and definition(s) as stated are predicated upon "Sovereign Citizen's" ideology and "sovereign citizen" movement and/or participation by the COURT(S) of LAW. The statement is false and untrue.

Kennedy v. British Union Assurance Co.: Lord Brougham stated the principle in the context of public policy, noting that it would be "most iniquitous and most dangerous" to allow a principal to profit from an agent's knowledge while escaping the consequences of that knowledge.

While many cases touch on this area, a landmark case establishing the principle of notice to an agent being notice to the principal is Kennedy v. British Union Assurance Co. (1869) from the House of Lords. The underlying principle is that when an agent acts on behalf of a principal, any knowledge acquired by the agent is legally imputed to the principal, preventing the principal from claiming ignorance and avoiding liability.

Rationale: The rule is based on the idea that the principal has a right to claim knowledge of all information that the agent receives, and an agent is expected to communicate such facts to the principal in good faith.

Legal Implication: This rule prevents a principal from setting up a claim of ignorance if their agent has knowledge of a fact that would be relevant to a transaction.

Another relevant case is Humble Oil & Refining Co. v. Martin, 148 Tex. 175, 222 S.W,2d 995 (1949), which concerns when a principal is liable for torts committed by an agent. Although this case deals with tort liability, it is based on the same principle of imputation of knowledge.

Humble Oil & Refining Co. v. Martin: The case established that a principal is bound by the knowledge of their agent even if the agent has not communicated it to them.

 Commissioner v. Bollinger (1988) is a key Supreme Court case that addresses the issue of agency for tax purposes, establishing that an agency relationship can exist for tax purposes if the principal's intentions are properly documented. Another foundational case in agency law, though often cited for its specific facts rather than broad principles, is Hale v. Henkel (1906), which touches on the relationship between a principal and their agent when dealing with government investigations. .

Hale v. Henkel (1906)

This case involved an investigation into a trust and the subpoena of documents from the trust's agent, Hale.

The Supreme Court ruled that a corporation is a legal entity separate and distinct from its agents and therefore cannot claim the privilege against self-incrimination to avoid producing documents.

This case is relevant to the principal-agent relationship because it clarifies that while the agent acts on behalf of the principal, the agent does not have the same constitutional rights as the principal when it comes to the production of documents.

The reference to the LAW pertaining to "PRINCIPLE AND THE AGENT" is based upon the above cited standing lawful and legal case law(s), being applicable as the U.S SECRETARY OF STATE is consider as an AGENT of the "PRINICIPAL" the FEDERAL and/or STATE GOVERNMENT and not the made up ideology of some "sovereign citizen movement" as falsely equated to by the MAGISTRATE JUDGE SALLY J. BERENS.

MAGISTRATE JUDGE SALLY J. BERENS has falsely stated that the Plaintiff document(s) appear to be related to some effort to renounce his United States citizenship and/or declare his personal sovereignty, are legally frivolous are false and untrue.

The terms "correction of nationality" and "renunciation of citizenship" refer to fundamentally different legal processes and outcomes.

Renunciation of citizenship is a voluntary, formal, and irrevocable act where an individual gives up their U.S. citizenship entirely.

Correction of nationality (more commonly, the correction of official documents) is an administrative process to amend a clerical error in an existing citizenship record, such as a name or date of birth, without affecting the person's underlying citizenship status.

Renunciation of Citizenship

Renunciation is a serious, voluntary decision to sever all legal ties with the United States.

Action: The individual formally declares their intention to surrender U.S. citizenship by appearing in person before a U.S. consular or diplomatic officer at an embassy or consulate outside the U.S. and signing an oath of renunciation.

Outcome: The individual is no longer a U.S. citizen and loses all associated rights and privileges, including the right to live and work in the U.S., vote in U.S. elections, and receive U.S. consular protection.

Implications: It does not exempt a person from existing U.S. tax or military service obligations, nor does it allow them to evade prosecution for crimes committed in the U.S.. The action is generally irrevocable, and the person may become stateless if they do not already hold another nationality.

Documentation: The process results in a Certificate of Loss of Nationality (CLN) once approved by the Department of State.

Correction of Nationality/Documents

"Correction of nationality" is not a standard legal term for changing one's entire citizenship status. Instead, it refers to correcting errors on existing U.S. immigration and citizenship documents, such as a Certificate of Naturalization or a U.S. passport.

The primary federal statutes governing corrections of nationality are found in Title 8 of the U.S. Code, which deals with Aliens and Nationality, and specifically, various sections within it. Key provisions are within 8 U.S.C. § 1481, which covers the loss of nationality, and several sections of Title 18 of the U.S. Code,

The document filed in this case does NOT pertain to renouncement of citizenship. The document filed with this COURT serves as PROOF OF SERVICE/RECEIVERSHIP by the UNITED STATES SECRETARY OF STATE.

As clearly described above, the Correction of Nationality is a different process from one renouncing their citizenship. The document(s), pursuant to the stated Federal Statue(s) and U.S. SUPREME COURT RULE(S), and FEDERAL CODE OF REGULATION(S) as properly stated in the correspondence letter to the U.S SECRETARY OF STATE, that this COURT has in its possession serves as PROOF OF SERVICE/PROOF OF FILING, that said document(s) required to satisfy the requirement to qualify as a non-citizen national has been lawfully and legally filed. Nowhere in said correspondence does the Plaintiff allude to [n]or mention any such intent of renouncing one's citizenship.

MAGISTRATE JUDGE SALLY J, BERENS acknowledges that the document, as required to meet the requirement(s) of receiving a Certificate of Non-Citizen National Status in accord with § 341 of the Immigration and Nationality Act, as being correctly Titled as "DECLARATION/AFFIDAVIT OF CORRECTION OF STATUS OF NATIONALITY" and not DECLARATION/AFFIDAVIT TO RENOUNCE CITIZENSHIP.

341(b) clearly states "A person who claims to be a national, but not a citizen of the United States may apply to the Secretary of State for a certificate of non-citizen national status. Upon -(1) proof to the satisfaction of the Secretary of State that the applicant is a national, but not a citizen, of the United States, and (2) *in the case of a non-citizen national born outside of the United States or its outlying possessions, taking and subscribing, before an immigration officer within the United States or its outlying possessions, to the oath of allegiance required of an applicant for naturalization.*

425.4 Correction of records.

    (a) An individual may request that a record or records pertaining to him or her be amended or corrected. Such requests shall be submitted in writing......

The above CFR clearly states; 1) an individual and not members of the Whitehouse and 2) request to correct records shall be submitted in writing.

Governing authority for filing

8 U.S. Code § 1104: This statute grants the Secretary of State the power to administer and enforce immigration laws, which includes receiving, filing, and processing a wide range of documents related to nationality and immigration. The Secretary is empowered to establish regulations and prescribe forms for these purposes.

8 U.S. Code § 1104 – Powers and duties of Secretary of State

(a)Powers and duties

The Secretary of State shall be charged with the administration and the enforcement of the provisions of this chapter and all other immigration and nationality laws relating to (1) the powers, duties, and functions of diplomatic and consular officers of the United States, except those powers, duties, and functions conferred upon the consular officers relating to the granting or refusal of visas; (2) the powers, duties, and functions of the Administrator; and (3) the determination of nationality of a person not in the United States. He shall establish such regulations; prescribe such forms of reports, entries and other papers; issue such instructions;

As the Plaintiff has not submitted to this COURT, as directed above, any documentation pertaining to any form of application for CERTIFICATE OF NON-CITIZEN STATUS, to which clearly MAGISTRATE JUDGE SALLY J. BERENS doesn't know the difference between the correction of nationality and renouncing of citizenship procedure and there being a difference between the two, and the Plaintiff never mentions anything pertaining to sovereignty nor renouncing of citizenship makes the whole assessment of meeting set requirement for correction of nationality and reasoning behind the request in the REPORT AND RECOMMENDATION is without merit, baseless, biased, frivolous, and not based on law but the improper action(s) of others.

The MAGISTRATE JUDGE'S statement of the Plaintiff's action is premised on sovereign citizen ideology and lacks arguable basis in fact or law is false and untrue.

The Plaintiff's action(s) are based on the cited FEDERAL STATUE(S), FEDERAL LAW(S), and the following case(s) of the U.S SUPREME COURT along with the doctrine of stare decisis to which cannot be argued and is a U.S SUPREME COURT JUSTICE(S) stated fact in and/or of law to which those with the keep them slaves mentality mindset deny the very existence thereof; the **DECLARATION OF INDEPENDENCE** and the **united States of America Constitution Preamble and AMENDMENT X;**

**Yick Wo** v. **Hopkins,** 118 U.S. 356 (1886), "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but, in our system, while sovereign powers are delegated to the agencies of government sovereignty itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power. [sic]"

"In our country the people are sovereign and the Government cannot sever its relationship to the people by taking away their citizenship. Our Constitution governs us and we must never forget that our Constitution limits the Government to those powers specifically granted or those that are necessary and proper to carry out the specifically granted ones." [sic] **Afroyim** v. **Rusk,** 387 U.S. 253 (1967)

Sovereignty is the right to govern; a nation or State sovereign is the person or persons in whom that resides. In Europe, *the sovereignty is generally ascribed to the Prince; here, it rests with the people; there, the sovereign actually administers the government; [sic]* **Chisholm** v. **Georgia,** 2 U.S. 419 (1793)

### THE DECLARATION OF INDEPENDENCE—1776 1
### IN CONGRESS, JULY 4, 1776

**The unanimous Declaration of the thirteen united**

**States of America**

**WHEN in the Course of human events, it be- Comes necessary for one people to dissolve the Political bands which have connected them with Another, and to assume among the powers of the Earth, the separate and equal station to which The Laws of Nature and of Nature's God entitle Them, a decent respect to the opinions of man-Kind requires that they should declare the Causes which impel them to the separation.**

*We hold these truths to be self-evident, that All men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. That to secure these Rights, Governments are instituted among Men, Deriving their just powers from the consent of the governed, — That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its Foundation on such principles and organizing its Powers in such form, as to them shall seem most Likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments Long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long Train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce Them under absolute Despotism, it is their right, It is their duty, to throw off such Government, And to provide new Guards for their future security.—Such has been the patient sufferance of These Colonies; and such is now the necessity*
*Which constrains them to alter their former Systems of Government. The history of the Present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world.*

*He has refused his Assent to Laws, the most Wholesome and necessary for the public good. He has forbidden his Governors to pass Laws of Immediate and pressing importance, unless suspended in their operation till his Assent should Be obtained; and when so suspended, he has utterly neglected to attend to them.*

*He has refused to pass other Laws for the Accommodation of large districts of people, unless Those people would relinquish the right of Representation in the Legislature, a right inestimableble to them and formidable to tyrants only.*

Plaintiff doesn't see the need to declare or seek permission to be recognized as what the U.S. SUPREME COURT JUSTICES has already deemed and decided that "WE THE PEOPLE" already are, when the DECLARATION OF INDEPENDENCE clearly states where:  i) my/our/WE THE PEOPLE unalienable right(s) derive from; ii)  whom the created is and the creator and to whom the created is subjected to; iii) to whom the power to recreate and restructure that which it has created; to which has been created has falsely claimed a position not given to them and has forgotten its duties to the creators; and iv) to and in whom the sovereign powers truly lay. Any action(s) that might be or have been taken in the past is simply a courteous reminder to those who may have forgotten or never knew. MAGISTRATE JUDGE SALLY J. BERENS statement of the Plaintiff's action is premised on sovereign citizen

ideology and lacks arguable basis in fact or law is not only false and untrue it can't be explained as anything but prejudicial and bias criminal behavior with intent to deceive, as this is common knowledge to those that have studied law and obtained a "license" to practice law in COURTS OF LAW.

MAGISTRATE JUDGE SALLY J. BERENS mentions the use of the U.C.C being relied as grounds for the belief that it protects against unauthorized use of name.

The use of the UNIFORM COMMERICIAL CODE is for the establishment of a commercial transactions. A person name is considered as property to which is protected by the following :

- Article 1 8 cl. 8, which is also referred to as the Copyright Clause, which states:,,, To promote the Progress of Science and useful Arts, by securing for a limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;

- Amendment V of the united State of America Constitution, which states: "nor shall private property be taken for public use without just compensation;

An individual's name is protected by the above mentioned and by the Intellectual Property Right Law(s) and the Lanham Trademark act to which when said name is used in commerce is also protected by the UNIFORM COMMERCIAL CODE.

### *PERJURY*

Every Officer of the Court, Notary, Peace Officer ("POLICE OFFICER"), Judge, and/or ATTORNEY has taken an "**_OATH_**" of Office to Uphold and Enforce the Law(s), the **_united States of America Constitution,_** and to **_SERVE AND PROTECT THE PEOPLE AND THE RIGHTS THEREOF_**, to which making false statement(s) that doesn't even pertain to the matter at hand, to stultify and deny the very existence of the above cited U.S. SUPREME COURT cases and the meaning stated therein for no other reason than to conceal and deny right(s) secured via the Constitution and the Declaration of Independence for personal and biased reason is clearly the opposite of the sworn to 'OATH" of Office .

### *18 U.S.C. 241; 242*

MAGISTRATE JUDGE RAY KENT of the U.S. DISTRICT COURT FOR THE WESTEREN DISTRICT OF MICHIGAN, without justifiable reason(s) when the Plaintiff had not mention nor referred to any related sovereign claims or language did indeed in his REPORT AND RECOMMENDATION referenced said "sovereign citizen movement" and equated the Plaintiff's civil complaint to said movement without just cause. ATTORNEY DANIEL G. COHEN, DEFENDANT(S) attorney in the same case as MAGISTRATE JUDGE RAY KENT, indeed referenced the "sovereign citizen" (movement) in his MOTION TO DISMISS without just cause, and now MAGISTRATE JUDGE SALLY J. BERENS is unjustly without just cause is using the same tactic.

Three PUBLIC SERVICE OFFICIALS, two working in the same building and one that frequents that exact same building that the other two work in all using the same issue in the same individual case under different circumstances/issues/claims. The act clearly demonstrates that the Plaintiff has been profiled, and invidious action(s) has been taken. That all three PUBLIC SERVICE OFFICIALS, acting under color of law has discussed the Plaintiff and researched the Plaintiff's previous filed cases to which the Plaintiff has mentioned in other cases language pertain to being a private citizen to which those cases have no relation to the present case so are not relevant and decided to use the "sovereign citizen movement" as a claim of defense and a mode of attack.

### CONCLUSION

As this is a Public Proceeding on Record, any act(s)/action(s) denying the existence and/or the meaning of the above mentioned herein U.S. SUPREME COURT cited case(s) and there ruling(s)/statements)/decision constitute(s) as Publicly:

- Invalidating the Stare Decisis doctrine;

- Revoking/Rescinding/Reversing said Ruling(s)/Decision(s) of the U.S SUPREME COURT;

- Malicious Intent to commit Civil and Criminal Contempt of the U.S. SUPREME COURT as the lower court(s) does not possess any authority to overrule/reverse/rescind or the likewise case precedence set by the U.S. SUPREME COURT [n]or does it possess the authority to ignore such; and

- Announcement to having Authority/Jurisdiction over the U.S. SUPREME COURT

The procedure for a U.S. Secretary of State office to file documents upon receipt typically involves initial entry into a system, followed by review and processing, which may include sending the document back for corrections or placing it on public record once fulfilled. Some states also have specific processes for different types of documents, such as an apostille request or service of process, which require additional forms and fees. The key steps are logging the document, reviewing its contents for errors or completeness, and then either stamping and filing it as "FILED" or rejecting it if it does not meet the requirements.

Initial receipt and logging, documents are often entered into an electronic system to track their status.

For mail-in filings, the date of the postmark is usually considered the filing date.

Documents submitted in person or electronically are considered filed on the date of receipt.

Review and processing

The documents are reviewed for accuracy, completeness, and compliance with legal and administrative requirements.

Corrections: If there are errors, the document may be returned to the filer for corrections.

Fulfillment: Once the document is deemed correct and complete, it is considered "fulfilled".

Final filing and confirmation

Filing: Fulfilled records are officially filed.

Stamping: The document is often stamped with the word "FILED" and embossed.

Notifications: The filer can monitor the status online or wait for updates via postal or electronic mail.

Specific procedures for certain document types

Service of Process: Documents for the U.S. Department of State must be delivered to a specific office (the Executive Office of the Legal Adviser and Bureau of Legislative Affairs).

Apostilles: To request an apostille, a specific request form must be completed, fees paid, and the documents mailed to the correct office.

Other Administrative Filings: Some state-level filings, like those with the U.S. Coast Guard Administrative Law Center, have a specific address to be used for filing.

Important considerations

Legibility and Requirements: All documents must be legible and meet the minimum legal requirements to be accepted for filing.

Accuracy: Incomplete or incorrect information, such as an incorrect filing fee or missing signature, can lead to rejection.

The correct document(s) pursuant to 341 of the Immigration and Natiionality Act with the clearly mentioned intent to correct ones nationality and not denounce ones citizenship was indeed filed in and/or with the correct Agency, being the SECRETARY OF STATE as witnessed by the PROOF OF SERVICE filed with this COURT.

The said AGENCY, as described above did not perform said MINISTERAIAL duties leaving the Plaintiff without an alternative means for remedy of relief other than seeking a WRIT OF MANDAMUS to perform said duties.

If MAGISTRATE JUDGE SALLY J. BERENS not been functioning with bias intent and  been aware of the difference between CORRECTION OF NATIONALITY and RENOUNCING OF CITIZENSHIP and the different procedures involved would have realized that1 CFR § 425.4(a) refers to a section of the Code of Federal Regulations (CFR) that outlines the process for correcting records for individuals. It states that an individual can request that a record pertaining to them be amended or corrected by submitting a written request to the Administrative Officer at the Commission's business address. The request must include an exact description of the item to be amended, specific reasons for the amendment, and the individual's birthdate and has nothing to do with Privacy Act Rights of application for White House Fellowship as stated. Would have recognized via common sense that the herein DEFENDANT has failed to perform its Ministerial Duties to which a complaint cannot be filed with the very entity or person to whom is already failing to perform with the expectance of the very thing that is the cause of the problem to do something that's not being done, otherwise a remedy of relief cannot be sought from the problem itself as it is the problem, is illogical and unreasonable.

Just as the DEPARTMENT OF MOTOR VEHICLES cannot reject document(s) filed with the U.S. DISTRICT COURT, the U.S. DISTRICT COURT cannot scrutinize, judge, rule on, or the likewise document(s) that has been filed with the SECRETARTY OF STATE, especially document(s) that hasn't been seen.

As  MAGISTRATE JUDGE SALLY J. BERENS reason(s) for dismissing the Plaintiff's MOTION FOR WRIT OF MANDAMUS are frivolous, baseless, merit less, biased, and based on the

concept of an assumed association of the alleged "sovereign citizen movement" and the assumed non-existing action(s) of Renouncing of Citizenship, said reason(s) are not mentioned nor supported as the Plaintiff has not filed any document(s) pertain to naturalization with this COURT the raised defense is no applicable.

Denying the TRUTH doesn't make it a LIE

The Plaintiff has filed with the appropriate AGENCY, (U.S. SECRETARY OF STATE) the appropriate document(s) correctly titled and with the correct governing Law(s), said AGENCY has not rejected, returned, [n]or stated any deficiencies with filed document(s)

The Plaintiff does NOT have any other means of remedy of relief outside of a WRIT OF MANDAMUS.

**THEREFORE,** the REPORT AND RECOMMENDATION should be REJECTED.

Without Prejudice All Rights Reserved

_____

Roosevelt-Lashawn of the Williams Family (Trustee)

Sui Juris

### CERTIFICATE OF SERVICE

I/We do hereby certify under penalty of perjury on this Twenty-Fourth Day of November, in the Year of Our LORD, Two Thousand Twenty-Five to mailing via First Class mail a copy of this said presentment to all parties.

ROOSEVELT L. WILLIAMS
C/O 554 BOYNTON AVE
BENTON HARBOR MI [NO FED CODE]



$3.28¹
IS POSTAGE
FIRST-CLASS INT
363S01452456
49015
000004663

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
MICHIGAN
CLERK OF THE COURT
339 FEDERAL BLDG
110 MICHIGAN STREET N.W
GRAND RAPIDS MI 49503