UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

      Plaintiff,

                                         Hon. Jane M. Beckering

v.

                                         Case No. 1:25-cv-1405

SECRETARY OF STATE,

      Defendant.

_____/

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

Roosevelt Williams has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Objection to Report and Recommendation – ECF No. 8

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Roosevelt Williams files a signature page (attached) within 21 days of the date of this order.

      IT IS SO ORDERED

Date:  December 15, 2025

                                          /s/ Sally J. Berens_____
                                        SALLY J. BERENS
                                        U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

     Plaintiff,

                                         Hon. Jane M. Beckering

v.

                                         Case No. 1:25-cv-1405

SECRETARY OF STATE,

     Defendant.

_____/

**SIGNATURE PAGE FOR:**

Objection to Report and Recommendation – ECF No. 8

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.