UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
December 22, 2025 12:14 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns    SCANNED BY: JW / 12-2>

ROOSEVELT LASHAWN WILLIAMS,

    Plaintiff,

v.

SECRETARY OF STATE,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No. 1:25-cv-1405

## SIGNATURE PAGE FOR:

Objection to Report and Recommendation – ECF No. 8

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

UCC 5-308

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE
AS REQUIRED BY THE ATTACHED ORDER.

Roosevelt C. Williams
c/o 575 A Boynton Ave
Benton Harbor, MI. (49022)
Under Necessity



GRAND RAPIDS MI  493
20 DEC 2025  PM 4  L

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
CLERK OF THE COURT
339 FEDERAL BUILDING
110 MICHIGAN STREET NORTH WEST
GRAND RAPIDS, MICHIGAN 49503

49503-231789