UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

      Plaintiff,

                                Case No. 1:25-cv-1405

v.

                                HON. JANE M. BECKERING

SECRETARY OF STATE,

      Defendant.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that this action is DISMISSED.

Dated:  February 13, 2026

                                       /s/ Jane M. Beckering
                                   JANE M. BECKERING
                                   United States District Judge