**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  March 03, 2026

Mr. Roosevelt Lashawn Williams
554 Boynton Avenue
Benton Harbor, MI 49022

    Re:  Case No. 26-1233
        *Roosevelt Williams v. U.S. Department of State, Secretary of State*
        Originating Case No. 1:25-cv-01405

Dear Mr. Williams,

    This appeal has been docketed as case number **26-1233** with the caption that is enclosed on a separate page.  Please review the caption for accuracy and notify the Clerk's office if any corrections should be made.  The appellate case number and caption must appear on all filings submitted to the Court.

    As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed.  Copies are no longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.  You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

    The district court has denied or revoked your pauper status.  You have until **April 2, 2026,** to either pay the full $605.00 appeal filing fee to the U.S. District Court, or to file a motion in the Sixth Circuit Court of Appeals to waive the filing fee, with a financial affidavit and a copy of your prison trust account statement for the last six months (if applicable).  **Failure to do one or the other will result in the dismissal of the appeal without further notice**.

    The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

                      Sincerely yours,

                      s/Kelly Stephens

                      Appeal Case Manager: Robin
                      Direct Dial No. 513-564-7014

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 26-1233**

ROOSEVELT LASHAWN WILLIAMS

      Plaintiff - Appellant

v.

UNITED STATES DEPARTMENT OF STATE, SECRETARY OF STATE

      Defendant - Appellee

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Roosevelt Williams

v.

U.S. Secretary of State

Case No:  26-1233  (RLB)

MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a

pauper.  This motion is supported by the attached financial affidavit.

The issues which I wish to raise on appeal are:

Signed: _____    Date:_____

Address: _____

_____

FORM 4.                AFFIDAVIT ACCOMPANYING MOTION FOR
                  PERMISSION TO APPEAL IN FORMA PAUPERIS

## United States Court of Appeals
## for the Sixth Circuit

```
Roosevelt Williams
                                    ]

                                    ]
```

   v.                    ]     Case No:   26-1233  (RLB)

```
U.S. Secretary of State
                                    ]

                                    ]
```

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. §§ 1746; 18 U.S.C. §§ 1621.)

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _____

Date: _____

My issues on appeal are:

1.   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.   Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.   Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | | | | |
| Self-employment | | | | |
| Income from real property (such as rental income) | | | | |
| Interest and dividends | | | | |
| Gifts | | | | |
| Alimony | | | | |
| Child support | | | | |
| Retirement (such as social security, pensions, annuities, insurance) | | | | |
| Disability (such as social security, insurance payments) | | | | |
| Unemployment payments | | | | |
| Public-assistance (such as welfare) | | | | |
| Other (specify): | | | | |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.   List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3.   List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4.   How much cash do you and your spouse have?  $_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5.   List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| | | Make & year: |
| | | Model: |
| | | Registration #: |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: | | |
| Model: | | |
| Registration #: | | |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

7.    State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | _____ | _____ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | _____ | _____ |
| Home maintenance (repairs and upkeep) | _____ | _____ |
| Food | _____ | _____ |
| Clothing | _____ | _____ |
| Laundry and dry-cleaning | _____ | _____ |
| Medical and dental expenses | _____ | _____ |
| Transportation (not including motor vehicle expenses) | _____ | _____ |
| Recreation, entertainment, newspapers, magazines, etc. | _____ | _____ |
| Insurance (not deduced from wages or included in mortgage payments) Homeowner's or renter's | _____ | _____ |
| Life | _____ | _____ |
| Health | _____ | _____ |
| Motor vehicle | _____ | _____ |
| Other: | _____ | _____ |
| Taxes (not deducted from wages or included in mortgage payments) specify: | _____ | _____ |
| Installment payments | _____ | _____ |
| Motor Vehicle | _____ | _____ |
| Credit card (name): | _____ | _____ |
| Department store (name): | _____ | _____ |
| Other: | _____ | _____ |
| Alimony, maintenance, and support paid to others | _____ | _____ |
| Regular expenses for operation of business, profession, or farm (attach detail) | _____ | _____ |
| Other (specify): | _____ | _____ |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

Are real estate taxes included? ☐ Yes    ☐ No
Is property insurance included?   ☐ Yes    ☐ No

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes    ☐ No        If yes, describe on an attached sheet.

10.  Have you spent or will you be spending any money for expenses or attorney fees in connection with this lawsuit?

☐ Yes    ☐ No        If yes, how much? $

11.  Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

12.  State the address of your legal residence.

Your daytime phone number:    (        ) _____

Your age: _____        Your years of schooling: _____